IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2021
```

UNITED STATES OF AMERICA,

    Respondent,

vs.

OSCAR MARTINEZ,

    Petitioner.

Case No. 7:15-CR-00569-NSR-1

Judge Nelson Stephen Roman

**MEMO ENDORSED**

MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE PLACEMENT

Now comes, Oscar Martinez, appearing Pro Se, who respectfully moves this Court for a Judicial Recommendation concerning the length of Residential Re-Entry Center/Halfway House Placement.

On the date of March 18, 2010, Petitioner was sentenced to 80 months, and since his entry into prison he has completed various Bureau of Prisons Educational Programs, Drug Classes and Re-Entry Workshops.

The Petitioner needs hands-on training assistance that is only available at a Residential Re-Entry Center. Petition acknowledges that the Court's recommendation is advisory and not binding on the BOP and only moves this Court for a recommendation for the 12 month RRC placement. Petitioner states that he is in need of the 12 month period of RRC to help re-integrate into society.

WHEREFORE, the Petitioner respectfully prays the Court will seek a recommendation for 12 months at a Re-Entry Center/Halfway House. See <u>United States v Wallace</u>, No. 5:13-cv-27 (doc. 46)(W.D.KY. 12/16/2015)(Granting a Motion for a Judicial recommendation concerning length of halfway house placement).

Respectfully submitted,

Oscar Martinez  *Oscar Martinez* (signature)

The Court grants Defendant's application and recommends that Defendant be placed in a residential re-entry center for 12 months. The Clerk is directed to terminate the motion at ECF No. 12 and to mail a copy of this memorandum endorsement to Defendant at RRM New York, Residential Reentry Office, P.O. Box 329014, Brooklyn, NY 11232.

Dated: January 26, 2021
White Plains, NY

SO ORDERED:

_(signature)_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE